■ In the Matter of ALBERT PINCUS, ALLAN PASSIN and RICHARD I. LEIGHTNER, Attorneys, Respondents. SAMUEL GREASON, Petitioner.— On the court's own motion, the effective date of respondents' suspension, as directed by the order of this court dated January 13, 1964 (20 A D 2d 655), is changed to April 17, 1964. Each of the respondents is suspended for a period of one year from April 17, 1964. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

## (March 16, 1964)

■ MOLLIE GOODMAN, Respondent, v. IRVING GOODMAN, Appellant.— In an action for a divorce, the defendant husband appeals from an order of the Supreme Court, Queens County, made October 18, 1963 upon reargument, which granted the wife's motion for alimony *pendente lite* and counsel fee. Order affirmed, with $10 costs and disbursements. No opinion. Defendant's time to pay the one-half portion of the counsel fee awarded by the order appealed from is extended until 10 days after entry of the order hereon. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.